# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERCILIO LEONIDAS DA SILVA JUNIOR | No. 1:23-mj-00264-JCN |

The undersigned complainant, being duly sworn, states:

### COUNT 1
### (Entry Without Inspection)

On about September 18, 2023, in the District of Maine, the defendant,

**ERCILIO LEONIDAS DA SILVA JUNIOR**

an alien, did knowingly and unlawfully enter into the United States in Somerset County, in the State and District of Maine, from the country of Canada, at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States.

In violation of Title 8, United States Code, Section 1325(a)(1)

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Eric Dauphinee
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 20 2023

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
*Printed name and title*